UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Datrone Jerode Howington**                    **Docket No. 5:01-CR-253-2BO**
**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Datrone Jerode Howington, who, upon an earlier plea of guilty to Conspiracy to Commit Armed Bank Robbery, in violation of 18 U.S.C. § 371, and Use, Carry and Brandish a Firearm During and in Relation to a Crime of Violence & Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on September 27, 2002, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Datrone Jerode Howington was released from custody on August 9, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 23, 2015, the defendant tested positive for cocaine, which was confirmed by laboratory urinalysis on July 27, 2015. On August 3, 2015, defendant signed an admission of drug use form acknowledging his use of powder cocaine on July 20, 2015. He was verbally reprimanded for his drug use and counseled about his actions. Howington has been informed that he has thirty (30) days from August 3, 2015 to enroll in substance abuse treatment. As a sanction for this violation, we are recommending that he serve five (5) days in jail as directed by the probation officer.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall serve five (5) consecutive days in the custody of the Bureau of Prisons as directed by the probation officer and shall comply with all rules of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street Room 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: August 6, 2015

Datrone Jerode Howington
Docket No. 5:01-CR-253-2BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this _____ 6 _____ day of _____ August _____, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge